# EXHIBIT 1

1

## SWORN DECLARATION OF FAITH KEARNS

2    1.    My name is Faith Kearns. I am over the age of 18, am of sound mind, and

3  am competent and capable of making this declaration. I am submitting this Declaration

4  under oath, under the penalty of perjury, pursuant 28 U.S.C. § 1746.

5    2.    I was born and raised in Arizona, attending Washington High School. My

6  family are now all deceased.

7    3.    Due to various medical issues, I have been chronically unhoused.

8    4.    In approximately 2008, I was evicted for having too many pets. Frank Urban

9  also lived with me, and also became unhoused as a result of the eviction. Our pets were a

10  barrier to getting housing.

11    5.    I often slept on the corner of Hatcher Rd. and 10th Ave. My other areas of

12  encampments include the North Mountains Preserve, including canals in the area. There

13  are no resources in the Sunnyslope area such as housing or shelter.

14    6.    When I was living with Frank Urban near 9th-10th Ave. and Hatcher, we

15  received tickets for trespassing, obstructing the thoroughfare, and related charges.

16    7.    I have lived in the area known as "the Zone."

17    8.    The primary reason for moving locations was harassment by police.

18    9.    During one police interaction, I was in a public park and police threatened to

19  kill my dogs if they didn't stop barking.

20    10.    During another interaction, police told me I had to move even though I was

21  simply standing on the sidewalk. I was with Frank Urban and he received a citation.

22    11.    On multiple occasions, police gave me expired and inaccurate information

23  about shelters.

24    12.    Though I have tried in the past, I have never been able to obtain placement at

25  a shelter for unhoused persons due to capacity or ineligibility (for example, one shelter is

26  designated only for female survivors of domestic violence).

13.     When I was staying in the Sunnyslope area, police told me to go to the Zone. After I moved locations, I had another confrontation with police. I believe this was the police's way of "shepherding" me into the Zone.

14.     Phoenix police regularly perform "cleanups," which are really sweeps to displace the unhoused. I have had my possessions thrown away many times. There were incidents throughout 2019 and 2020. In 2019-2020 I believe that 3-5 days of the week there was some level of enforcement.

15.     The raids where almost always in the middle of the night. They would wake us up about 3am with bullhorns and yelling. There is no warning, and there are only minutes to gather possessions and move them, which is intentionally not enough time. There often was not time to pack away tents and other items.

16.     While the raids were constant, they seemed to increase during the holidays.

17.     Everyone would be searched for warrants and then we would have to watch as our belongings were thrown away.

18.     At the time of one of the sweeps, I was in a wheelchair while I recovered from surgery. Police made me get out of the wheelchair and others had to hold me up while the police moved the wheelchair away. Luckily, I was able to get the wheelchair back before it would have been thrown away.

19.     The last sweep I can recall occurred around thanksgiving 2020. This raid happened a few days before Thanksgiving. Frank Urban and I were staying in the canals on Dunlap and north of 7th Ave. at night. At approximately 2:30am, a white nondescript moving truck pulled up and opened in the back. The police ordered us to leave without our belongings and city workers as well as MCSO inmates took our possessions. The police explicitly ordered us to leave. We were not given any time to collect our belongings. I lost my:

        a.  Arizona ID

1          b. Visa Card (SSDI benefits come preloaded on the card, and I was not able

2             to access my only income at all for about 10 days)

3          c. Tent

4          d. Blankets and bedding

5          e. Birth certificate

6          f. Medications (I was deprived of medication for 3-4 days), and

7          g. Clothing.

8      20. The cops used an air horn and then stated that everyone needed to leave

9 immediately. We did not have any time to get our things at all. It was clear we would be

10 criminally prosecuted if we touched our belongings.

11      21. Because of the sweeps, filth, and heat, the Zone was a terrible place to live. I

12 suffered multiple staph infections and heat stroke from my time at the Zone. The heat was

13 especially awful after police took away anything that provided shade.

14      22. Shortly after the last sweep, I obtained transitional housing at 209 W Jackson

15 St., Phoenix, AZ.

16      23. I have never obstructed the thoroughfare and believe the citations issued to

17 me were meant to scare me and an attempt to make me move to another location.

18      24. The seizure and destruction of my property created another substantial barrier

19 to finding housing and harmed me physically and mentally.

20

21      I declare under penalty of perjury under the laws of the United States of America

22 that the foregoing is true and correct.

23      Executed on November 28, 2022.

24

25                                   Faith Kearns

26

# EXHIBIT 2

## SWORN DECLARATION OF FRANK URBAN

1.     My name is Frank Urban. I am over the age of 18, am of sound mind, and am competent and capable of making this declaration. I am submitting this Declaration under oath, under the penalty of perjury, pursuant 28 U.S.C. § 1746.

2.     In approximately 2008, I was evicted for having too many pets. Faith Kearns also lived with me, and also became unhoused as a result of the eviction. Our pets were a barrier to getting housing.

3.     I have worked in fast food and convenience stores.

4.     Because of my medical issues, I have been unable to work and previously received SSDI.

5.     I was take off of SSDI because of a lapse in communication/wrong address. I believe I am now ineligible for restarting SSDI because of a lack of work hours as I have no income.

6.     Due to various medical issues and lack of income, I have been chronically unhoused. I started being unhoused off and on since 2000.

7.     I have often slept on the corner of Hatcher Rd. and 10th Ave. My other areas of encampments included the North Mountains Preserve, including canals in the area. There are no resources in the Sunnyslope area such as housing or shelter.

8.     When I was living with Faith Kearns near 9th-10th Ave. and Hatcher, we received tickets for trespassing, obstructing the thoroughfare, and related charges. I have even gotten a citation for simply standing on the sidewalk with no property.

9.     I have lived in the area known as "the Zone."

10.    The primary reason for moving locations was harassment by police.

11.    On multiple occasions, police gave me expired and inaccurate information about shelters.

12.    Though I have tried in the past, I have never been able to obtain placement at

1    a shelter for unhoused persons due to capacity or ineligibility (for example, one shelter is
2    designated only for female survivors of domestic violence).

3        13.    When I was staying in the Sunnyslope area, police told me to go to the Zone.
4    After I moved locations, I had another confrontation with police. I believe this was the
5    police's way of "shepherding" me into the Zone.

6        14.    Phoenix police regularly perform "cleanups," which are really sweeps to
7    displace the unhoused. I have had my possessions thrown away so many times that it is
8    difficult to remember dates for each incident as they all blend together. There were
9    incidents throughout 2019 and 2020. In 2019-2020 I estimate that 3-5 days of the week
10   there was some level of enforcement.

11       15.    The sweeps generally occurred in the middle of the night without advance
12   warning, around 2 to 3 AM.

13       16.    I believe the raids were generally in the middle of the month. There were also
14   sweeps around the holidays.

15       17.    During the holiday season, police did not allow charitable groups to distribute
16   any sort of supplies or food even though police were regularly taking such things from
17   unsheltered people.

18       18.    The last sweep I can recall occurred around thanksgiving 2020.

19       19.    I was not given time to gather my belongings. I was not allowed to go near
20   city workers to retrieve my personal property. It was thrown away it front of me.

21       20.    During this sweep, I lost my:
22           a.  Arizona ID
23           b.  Tent
24           c.  Blankets and bedding
25           d.  Medications (I was deprived of medication for 3-4 days), and
26           e.  Clothing.

2

21. During other interactions with Phoenix police, the police also took belongings including food and water.

22. The Zone was extremely hot and dirty. I have experienced heat stroke as a result of being in the heat without any shade (after police took my tent) on more than one occasion.

23. Shortly after this last sweep, I obtained transitional housing at 209 W Jackson St., Phoenix, AZ.

24. I am unable to pay for my own rent due to my lack of income.. Accordingly, I could lose my housing at any time in which case I would again be homeless.

25. I have never obstructed the thoroughfare and believe the citations issued to me were meant to scare me and an attempt to make me move to another location.

26. The seizure and destruction of my property created another substantial barrier to finding housing and harmed me physically and mentally.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 28, 2022.


Frank Urban

3

# EXHIBIT 3

**SWORN DECLARATION OF ELIZABETH VENABLE**

1.      My name is Elizabeth Venable.  I am over the age of 18, am of sound mind, and am competent and capable of making this declaration.  I am submitting this Declaration under oath, under the penalty of perjury, pursuant 28 U.S.C. § 1746.

2.      I am the Co-Founder and the current Lead Organizer of the organization Fund For Empowerment.

3.      Fund For Empowerment ("FFE") is a non-profit organization whose mission is to build community resources for members of the unsheltered community.

4.      FFE's membership includes individuals who are unsheltered or at risk of being unhoused.

5.      FFE's purpose is to advocate for long term and sustainable housing on behalf of the unsheltered community.

6.      Another purpose of FFE is to provide leadership training (the "Houseless Leadership Project") to those who are unsheltered, giving them an opportunity to raise up their own voices to advocate for housing solutions/community resources on their own behalf. This mission has been diverted because FFE has to provide know-your-rights training to the unsheltered community in connection with the sweeps.

7.      FFE distributes water and food to the unsheltered community during the summer months.

8.      Since 2018, FFE has been forced to spend time, energy, and monetary resources to help those who are unsheltered understand and know their rights in response to targeted raids by the City of Phoenix. During these raids, the City indiscriminately destroys unsheltered individuals' property without notice.

9.      FFE also provides resources and information to unsheltered individuals who are punished for sleeping outside.

10.     FFE prints flyers and handouts which it disseminates to the unsheltered

community to help them better understand their rights when approached by police or city officials.

11. FFE also helps individuals who have been criminally cited find legal help.

12. Because FFE must expend resources helping unsheltered individuals understand their rights in response to the City's actions, FFE's leadership training program and advocacy for housing solutions has been diminished.

13. In my work with FFE, I have personally seen the City conduct sweeps against the unsheltered community. I have also talked to FFE members who have been directly impacted by the sweeps.

14. These sweeps typically occur in the early morning hours before daylight.

15. During these sweeps, police and other city employees go to places where the unsheltered community are sleeping. They wake people up and usually do a warrant check. After the warrant check, individuals are given minutes to pack up their belongings. Any belongings that cannot be collected are thrown into a waste truck.

16. Based on my conversations with FFE members, the city workers take tents, food items, bikes, and paper documents. My understanding is that these items are destroyed by the City of Phoenix.

17. Based on my conversations with FFE members, there is no warning provided to them before the City conducts these sweeps. In the Zone, the City sometimes puts up signs prior to sweeps.

18. The sweeps performed by the City have a significant impact on individuals experiencing homelessness. By taking personal and survival items, the City exponentially increases the hardship these individuals experience. Also, by performing these sweeps and repeatedly destroying property the City makes it more difficult for these individuals to find durable housing, income, or employment (which are all instrumental in helping reduce the overall homeless population in the City).

19.   Based on my conversations with FFE members, I also know the City criminalizes sleeping outside by citing individuals under local ordinances. These citations are criminal citations and typically result in misdemeanor charges.

20.   These criminal charges compound the challenges faced by those experiencing homelessness.

21.   The City has millions of dollars available to address the rise in homelessness. They have specifically allocated funds to create new shelter spaces. Yet, to date, there are not enough shelter spaces to house approximately half of the unsheltered community within Phoenix.

22.   For the few shelter spaces that are available, admittance is not guaranteed. Based on my conversations with FFE members, I know that trying to obtain a shelter bed is incredibly difficult. Admission is based on a sliding scale that weighs age, medical disability, and general housing insecurity.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 2022.

_____
Elizabeth Venable

3

# EXHIBIT 4

**SWORN DECLARATION OF ERIC DANIEL BRICKLEY**

1.      My name is Eric Daniel Brickley.  I am over the age of 18, am of sound mind, and am competent and capable of making this declaration.  I am submitting this Declaration under oath, under the penalty of perjury, pursuant 28 U.S.C. § 1746.

2.      I was born and raised in Arizona and have lived continuously in the City of Phoenix for the past seven (7) years.

3.      I am a veteran and formerly served in the United States Army for five years. During my time in the military, I did tours in Iraq and Afghanistan. I left the service at the rank of Sergeant.

4.      Since 2018, I have seen an increase in the unsheltered population in the City of Phoenix. This increase has been met by the City with sweeps that target unhoused residents and results in the destruction of their property.

5.      Because I wanted to do something to help the unsheltered community in my City, I began volunteering for Feed Phoenix, which is a local non-profit focused on ending food and hunger insecurity in the city. In this capacity, I interact with individuals in the unsheltered community on a weekly basis.

6.      During the past year (2022), I have personally seen the City conduct sweeps against the unsheltered community on at least seven occasions. These sweeps typically occur in the early morning hours between 4:00 AM – 7:00 AM.

7.      During these sweeps, police and other city employees arrive in squad cars and with a waste truck at public places the unsheltered community are sleeping. Police make unsheltered residents line up for warrant checks and arrest anyone with outstanding warrants. Police then give unsheltered residents an option to either get in a CBI marked van or pack up their belongings and leave.

8.      If unsheltered residents choose to get in the van, they are usually transported and left without services in the Zone. The Zone is a downtown Phoenix homeless

encampment.

9.      If unsheltered residents choose not to get in the van, they are given minutes to pack up all of their belongings. Any items not packed up within the short time provided by the police and city workers are collected and destroyed.

10.     I have personally seen the city workers collect tents, food items, bikes, and paper documents and throw them in the back of the waste truck.

11.     The last sweep I observed was on November 10, 2022. On that day, police and city workers had cleared unsheltered residents out of an area of the Zone. I then saw the police and city workers collecting and throwing away items. A few days later, dinosaur sculptures were erected in that area behind fences.



12.     Based on my personal observations and conversations with those who are experiencing homelessness, there is no warning given before these sweeps.

13.     The sweeps seem to increase and become more intense during the holidays.

14.     The sweeps are particularly alarming because there are not enough shelter

beds for those who are unsheltered in the City of Phoenix.

15.     For the few shelter spaces that are available, such as Central Arizona Shelter Services ("CASS") the ability to obtain a bed is incredibly difficult. Most shelter beds become full by 2:30 PM. This means that for unsheltered residents with work during the day, it is nearly impossible to obtain a bed.

16.     Admission to these shelters is also selective. Any unsheltered resident assumed to be inebriated is not allowed admittance (even if they are not actually intoxicated). Additionally, shelter bed availability is determined on a sliding scale depending on age, general housing insecurity, and medical disability. Some unsheltered residents will almost never qualify for a bed under these standards.

17.     I have also personally observed delayed response times to those experiencing medical issues in the Zone, including heat related illnesses.

18.     Generally, the police will not allow Emergency Medical Services to enter the Zone without police support. This means that when someone is having a medical crisis in the Zone, any help is delayed until a police escort is present. In my opinion, the City is intentionally delaying emergency medical services to the unsheltered community in the Zone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November __, 2022.


Eric Daniel Brickley

3

# EXHIBIT 5

# 2022 Point-in-Time (PIT) Count Report
## Maricopa Regional Continuum of Care

### What is the PIT Count?

The Point-in-Time (PIT) Homeless Count is an annual street and shelter count that determines the number of people experiencing homelessness in Maricopa County during a given point in time. Conducted on a single day in January, this project includes a brief survey to identify the needs and characteristics of those experiencing homelessness. Every Continuum of Care is required to submit PIT Count results to the U.S. Department of Housing and Urban Development (HUD) as part of a national effort to identify the extent of homelessness across the country.

### Why is it important?

The PIT Count is an important source of data on homelessness, and is reported to Congress as part of the Annual Homelessness Assessment Report (AHAR). The PIT Count is a primary source of unsheltered homeless numbers and helps to inform communities on the number of people who do not access services such as Emergency Shelters or Transitional Housing at any given point in time. As the unsheltered count in particular continues to rise across the region, increased regional efforts to address homelessness are necessary. Potential factors that may have contributed to the increase include: improvement in PIT Count volunteer training and recruitment, change in emergency shelter capacity, and rising housing costs in the region.

The PIT Count is a one-night snapshot of homelessness that is limited by weather conditions, number and training of volunteers, self-reported survey responses, and other factors. There are more people who experience homelessness over the course of the year than on any given single night. Every year, the Continuum of Care works towards improving the count's accuracy. The Maricopa Regional Continuum of Care is committed to using data from the PIT Count and the regional Homeless Management Information System (HMIS) to understand more about the population experiencing homelessness in the region and to provide solutions that will make homelessness rare, brief, and non-recurring.

### 2022 PIT Count Total

# 9,026
## people experiencing homelessness
in Maricopa County on the night of
January 24, 2022



### 44%
**Sheltered**
in Emergency Shelter, Transitional Housing, or Safe Haven Programs



### 56%
**Unsheltered**
on the streets or other place not meant for human habitation

### Total PIT Count, 2016-2022



Legend: Unsheltered (orange), Sheltered (teal)

| Year | Total | Sheltered | Unsheltered |
|------|-------|-----------|-------------|
| 2016 | 5,702 | 4,056 | 1,646 |
| 2017 | 5,605 | 3,546 | 2,059 |
| 2018 | 6,298 | 3,680 | 2,618 |
| 2019 | 6,614 | 3,426 | 3,188 |
| 2020 | 7,419 | 3,652 | 3,767 |
| 2021* | | | |
| 2022 | 9,026 | 3,997 | 5,029 |

*Source: Maricopa Regional Continuum of Care PIT Count, 2016-2022*
*The PIT Count was not conducted in 2021 due to the pandemic*



### Growth Rate from 2020-2022

**Total PIT Count**
+22%

**Unsheltered Count**
+34%

**Sheltered Count**
+9%

The unsheltered count increased at a **higher rate** than the sheltered and overall PIT Count.

# Demographics

The demographics of the PIT Count have been fairly **consistent** over the past years. These charts show data from the 2022 PIT Count.



For the 2022 PIT Count, 65% of the population experiencing homelessness identified as male, 35% identified as female, and less than 1% identified as either transgender, gender non-conforming, or questioning. The proportion of gender has remained the same for the PIT Count throughout the years. The PIT Count had a larger proportion of the population that identified as male than Maricopa County's average of 49% from the 2019 American Community Survey (ACS) estimate *(U.S. Census Bureau, ACS 2019 1-year estimate)*.

Over the years, a significant majority of the PIT Count has identified as White and Non-Hispanic or Non-Latin(o)(a)(x). By race there has been a slight increase in the White population and Multiple Races, while there was a slight decrease in Black or African-American and American Indian or Alaska Native. The 2022 PIT Count reported a differing racial makeup than Maricopa County. The 2020 Decennial Census reported the following numbers for Maricopa County: White (60%); Black or African-American (6%); Asian (5%); American Indian or Alaskan Native (2%); Native Hawaiian or Other Pacific Islander (<1%); and Multiple Races (14%). The PIT Count also has a higher percentage of people identifying as Non-Hispanic or Non-Latin(o)(a)(x) compared to Maricopa County (69%).



The largest age group from the PIT Count is adults (age 25+), which accounted for 78% of the 2022 PIT population. Children (age 0-17) make up 14% of the population, while youth (age 18-24) make up only 8% of the count. The proportion of adults and youth reported from the PIT Count slightly increased from 2020 to 2022 while the proportion of children decreased. The PIT Count has a higher percentage of adults than the ACS estimate for Maricopa County, 67% *(U.S. Census Bureau, ACS 2019 1-year estimate)*.



# Special Populations

| Legend | *solid line* Total | --- Unsheltered | --- Sheltered |

## Families



550

2016 2017 2018 2019 2020 2022

**The 2022 PIT Count identified 550 families experiencing homelessness, with a total of 1,946 persons in families.** From 2016 to 2022, the number of families has decreased by 12%. Families are defined in this report as households with at least one adult and one child. Almost all families identified from the PIT Count were in either emergency shelter or transitional housing. Families may be hard for volunteers to identify during the PIT Count due to tendencies to stay in vehicles or other hidden locations. Family service providers reached out and conducted interview surveys over the phone to better count the number of families experiencing homelessness.

**Youth ages 18-24 are considered a vulnerable population, and the number has increased in the past few years.** Youth are also a challenging subpopulation to identify during the PIT Count. To account for this, homeless youth service providers have participated in the planning and survey process over the years to better understand this subpopulation and to capture the number of unaccompanied youth.

## Unaccompanied Youth, Age 18-24



624

2016 2017 2018 2019 2020 2022

## Veterans



420

2016 2017 2018 2019 2020 2022

**The number of veterans experiencing homelessness has decreased 15% since 2020**. After increasing in 2019 and 2020, the 2022 PIT Count showed a decrease in the number of veterans experiencing sheltered and unsheltered homelessness on the night of the count. It is important to note that veteran status is self-reported for the PIT Count.

**The number of people who meet the chronic homelessness definition has significantly increased over the years.** From 2016 to 2022, the total number of chronically homeless has increased by 73%. This year the chronic unsheltered number has decreased by 7% since 2020 while the chronic sheltered number has increased by 85%. *The HUD definition of chronic homelessness is: (1) a person who lives in a place not meant for human habitation, Safe Haven, or Emergency Shelter, (2) has a disability, and (3) has been homeless continuously for one year OR four or more times homeless in the last three years, where the combined length of time homeless is at least 12 months. When a head of household meets this definition, all household members are counted as chronically homeless.*

## Chronically Homeless



1287

2016 2017 2018 2019 2020 2022

**The PIT Count also collects information on other subpopulations** based on self-reported, voluntary responses:

| Additional Populations | 2016 | 2017 | 2018 | 2019 | 2020 | 2022 |
|---|---|---|---|---|---|---|
| Mental Illness | 931 | 866 | 903 | 966 | 965 | 1,022 |
| Substance Abuse (Alcohol/Drug) | 910 | 711 | 1,228 | 1,116 | 1,110 | 1,104 |
| HIV/AIDS | 68 | 60 | 80 | 117 | 157 | 135 |
| Domestic Violence | 1,177* | 1,154* | 425 | 805 | 576 | 470 |

*\* Prior to 2018, the PIT Count collected data on 'Survivors of Domestic Violence'; in 2018, this field changed to 'Fleeing Domestic Violence'.*

# Regional Trends

## Unsheltered Count

The overall unsheltered count for the Maricopa County region has been increasing each year. The number of people experiencing unsheltered homelessness in each subregion has also been increasing annually, with the majority of the unsheltered population concentrated in central Phoenix.

**Subregions:** West Valley   Central   East Valley

### Unsheltered Count by Subregion



Unsheltered homelessness is **rising** across the region.

Central — 3096
East Valley — 1170
West Valley — 755

2018   2019   2020   2022

| Subregion | 2018 | 2019 | 2020 | 2022 |
|---|---|---|---|---|
| Central | 1,735 | 2,030 | 2,380 | 3,096 |
| East Valley | 560 | 736 | 944 | 1,170 |
| West Valley | 323 | 422 | 443 | 755 |

### Unsheltered PIT Count Growth Rate

From 2018 to 2022, unsheltered homelessness in the Maricopa County region increased by **92%**. In the Central subregion (Phoenix), the growth rate in unsheltered homelessness was **78%**. In the East Valley, unsheltered homelessness increased by **109%** and in the West Valley, it went up by **134%**.

### Unsheltered Count by Municipality

| Municipality | 2018 | 2019 | 2020 | 2022 |
|---|---|---|---|---|
| Avondale | 13 | 35 | 56 | 59 |
| Buckeye | 22 | 24 | 41 | 32 |
| El Mirage | 2 | 7 | 9 | 9 |
| Gila Bend | 8 | 4 | 4 | 11 |
| Glendale | 164 | 194 | 170 | 406 |
| Goodyear | 22 | 22 | 23 | 30 |
| Litchfield Park | 0 | 0 | 0 | 0 |
| Peoria | 38 | 78 | 83 | 115 |
| Sun City* | n/a | n/a | 12 | 32 |
| Surprise | 39 | 33 | 29 | 46 |
| Tolleson | 9 | 5 | 5 | 7 |
| Wickenburg | 2 | 2 | 0 | 0 |
| Youngtown | 4 | 18 | 11 | 8 |
| Phoenix | 1,735 | 2,030 | 2,380 | 3,096 |
| Carefree | 0 | 0 | 0 | 0 |
| Cave Creek | 1 | 0 | 0 | 1 |
| Chandler | 54 | 54 | 75 | 133 |
| Fountain Hills | 0 | 0 | 0 | 1 |
| Gilbert | 4 | 2 | 9 | 15 |
| Guadalupe | 9 | 21 | 22 | 64 |
| Mesa | 144 | 206 | 338 | 451 |
| Paradise Valley | 0 | 0 | 0 | 0 |
| Queen Creek | 5 | 4 | 2 | 7 |
| Scottsdale | 67 | 76 | 102 | 114 |
| Tempe | 276 | 373 | 396 | 384 |
| Uninc. MC* | n/a | n/a | n/a | 8 |
| **Total** | **2,618** | **3,188** | **3,767** | **5,029** |

*Sun City and Unincorporated Maricopa County were not counted in previous years. Unincorporated Maricopa County is excluded from the subregions.*



### Locations of 2022 Unsheltered Surveys, Maricopa County

*A more detailed map of the Unsheltered PIT Count is available online at: https://www.azmag.gov/Programs/Homelessness/Point-In-Time-Homeless-Count*



### Additional Survey Questions

**Was your homelessness caused by the COVID-19 pandemic?**

**302** said "Yes"

**Do you have any pets? How many?**

**352**

*Source: 2022 Unsheltered PIT Count interview surveys*

# Sheltered Count

Most people experiencing sheltered homelessness during the 2022 PIT Count were in Emergency Shelters.
The majority of Emergency Shelter, Transitional Housing, and Safe Haven* programs are located in Phoenix.



**Emergency Shelter** — 70%
**Transitional Housing** — 29%
**Safe Haven*** — 1%

### Sheltered Count by Subregion

| Subregion | 2018 | 2019 | 2020 | 2022 |
|---|---|---|---|---|
| Central | 2,827 | 2,548 | 2,755 | 2,942 |
| East Valley | 704 | 672 | 698 | 943 |
| West Valley | 149 | 206 | 199 | 112 |
| **Total** | **3,680** | **3,426** | **3,652** | **3,997** |

In recent years a question was added to the unsheltered survey asking why people do not seek shelter services. Of those who responded to the question, the top two reasons reported were "previous negative experience with shelter" and "shelters full."

*\* Note: Maricopa County no longer has "Safe Haven" projects, however, certain veteran Grant Per Diem beds are required by HUD to be reported as Safe Haven for the PIT Count.*

## Maricopa County

**Maricopa County is the fastest growing region in the nation.** According to Census population estimates, from 2020 to 2021 Maricopa County grew by 58,246, a 1% *increase (U.S. Census Bureau, Population Estimates).* The PIT Count increased by 12% from 2019 to 2020, and 22% from 2020 to 2022.



**Housing costs are high in the region.** Maricopa County is the second most expensive county in Arizona. As of Q4 2021, median apartment rent was $1,550 and has increased 29% since Q4 2020 *(RealData, Inc 50+ unit complexes only).*

### Hourly Wage Needed to Afford a One-Bedroom Apartment at Fair Market Rent

**$19.85** Maricopa County  >  **$18.07** Arizona

**65** work hours per week **at minimum wage** needed to afford 1-bedroom fair market rent

*Source: National Low Income Housing Coalition, Out of Reach 2021*

### Methodology

Every year, hundreds of volunteers, staff, and outreach workers participate in the PIT Count across the Maricopa County region. The unsheltered count relies on interview and observation survey responses. All cities and towns except for Phoenix do a direct census count. The City of Phoenix uses an extrapolation method that identifies high and low density grids. High density grids are counted via complete census, while a random sample of low density grids are counted and extrapolated. PIT Count volunteers used a mobile app to submit electronic surveys for each person they encountered. This was the first year that all surveys were submitted through the mobile app. Due to its ease of use, volunteers were able to complete more surveys using the mobile app. The sheltered count comes from the region's HMIS and service provider surveys to verify the number of beds and occupancy rates for each program.



Special thanks to the 2022 PIT Count Municipal Coordinators, volunteers, staff, and outreach teams that put in time and effort to make this a successful count; Solari for collecting and verifying provider data for the Housing Inventory Chart and Sheltered Count; the Maricopa Regional Continuum of Care for their support of this annual count; and to those experiencing homelessness who were willing to speak with us about their experiences. For more information, visit http://azmag.gov/Programs/Homelessness/Point-In-Time-Homeless-Count



Prepared by the
Maricopa Association of Governments (MAG)
(602) 254-6300   www.azmag.gov

# EXHIBIT 6

# City of

# Phoenix



Welcome

History

City Efforts

F.A.Q.s

Downloads and Reference

Contact

# Latest News

## April 6, 2022: Strategies to Address Homelessness Task Force Recommendations to the City Manager

In January 2021, a task force made up of neighborhood leaders, service providers, and homeless advocates began meeting to prioritize and provide recommendations on the City's efforts to deploy the **Strategies to Address Homelessness Plan**. Throughout 2021, the Task Force met to review and evaluate the City's Plan. The

recommendations were made in consensus among the Task Force members and were presented to the Phoenix City Manager as well to the Phoenix City Council Community and Cultural Investment Subcommittee on April 6, 2022. Read the recommendations **here**. Watch the Subcommittee presentation **here**.

## March 11, 2022: How the City of Phoenix is Working to Address Homelessness

The Maricopa Association of Governments (MAG) released the **data** today from its 2022 Point-in-Time (PIT) Homeless Count. The PIT Count is an annual street and shelter count to determine the number of people experiencing homelessness in Maricopa County during a given point in time, as part of a national effort to identify the extent of homelessness nationwide. The numbers reflect a two-year increase since the 2021 count was not conducted due to the COVID pandemic.

The pandemic strained economies worldwide. In our community, it resulted in the loss of jobs that hit low-wage earners particularly hard, putting them at greater risk of experiencing homelessness. Rising housing costs in the region also make more people vulnerable to homelessness. According to the PIT Homeless Count, the number of people experiencing homelessness within the City of Phoenix was 3,096. Due to the Covid-19 Crisis and the rise in housing and rental prices, the City of Phoenix anticipated an increase in homelessness and has taken steps to help mitigate the situation. Read more about the City's efforts in the **PHX Newsroom.**

Skip to main content

# October 4, 2021: City of Phoenix Adopts Additional Homelessness Services in 2021

The city of Phoenix prioritizes leading with services when it comes to those experiencing homelessness, and the city recognizes that there are unique populations experiencing homelessness that require specialized service to best meet their needs.

In 2021, the mayor and city council approved implementing new practices designed to supplement the city of Phoenix's ongoing "**Strategies to Address Hommelessness**" plan developed in 2020.

You can read more about these practices including the Heat Relief Program, cleanups, and the Emergency Rental Assistance Program in the **PHX Newsroom**.

# February 3, 2021: Mayor, Council Approve Additional Beds for Those Experiencing Homelessness

City Council took the a step toward adjusting zoning restrictions to add new shelter beds at the Human Services Campus (HSC) located near 13th Ave. and Madison St.

Today's decision will increase total shelter beds at Central Arizona Shelter Services by 275 to bring the available total number to 700. In addition, the vote will allow St. Vincent de Paul to continue operating 200 beds during extreme weather.

Maricopa County is home to nearly 7,500 individuals experiencing homelessness. More than half of those people lack adequate

Skip to main content

shelter, and that number is growing steadily.  While this is a problem throughout the county and state, homelessness is principally addressed in the city of Phoenix and with local non-profit partners.  Currently, there are approximately 1,800 shelter beds available in Maricopa County with 83 percent of those beds are located in the city of Phoenix. With the newly added beds the city of Phoenix will have 1,788 available shelter beds.

Today's action is part of the city's ongoing, longstanding work to meet the needs of those in our community experiencing homelessness. This includes efforts to not only assist those currently lacking shelter, but also those struggling to stay in their homes as the city works to provide more affordable housing options. Here is a snapshot of city initiatives and aid to Phoenicians in need this past fiscal year:

- $80 million for pandemic shelter beds and other COVID-related assistance

- $10 million to purchase a hotel to house homeless military veterans

- Summer heat relief at the Phoenix Convention Center

- Refurbished public housing increasing access to affordable energy-efficient apartments

- Rent and mortgage assistance

- $20 million annually for city services related to homelessness, including services providing shelter for 5,430 individuals and families

Skip to main content

# EXHIBIT 7

**HSC Enhanced Clean Up**
**Roles/Responsibilities**

**City of Phoenix, Homeless Outreach Team:**

- Work with Streets and PD to close correct section of road
- Lead effort to ask people to move their belongings, direct them to a safe area
- Provide leadership and answer questions for HSC and CBI outreach teams onsite
- Media contact
- Provide water to individuals in the heat

**HSC Homeless Outreach Team:**

- Ask people to move belongings, direct them to a safe place
- Assist individuals with disabilities or otherwise unable to move their own belongings utilizing trucks or other tools necessary
- Assist individuals after the clean up to move their belongings back
- Identify and tag property where there are not individuals present to move property.  Notify them that the property will be considered abandoned after 7 days
- Remove property that is considered abandoned after 7 days
- Photograph and log property considered abandoned, store for 30 days
- Provide water to individuals in the heat

**CBI Outreach Team:**

- Ask people to move belongings, direct them to a safe place
- Assist individuals with disabilities or otherwise unable to move their own belongings utilizing trucks or other tools necessary
- Engage individuals that are actively moving their belongings to accept services
- Enroll clients that are willing/able to move indoors
- Assist clients with storage of belongings if they are moving indoors
- Provide water to individuals in the heat

**Police Department:**

- Present in neighborhood in case of emergency

**TEAMS Security:**

- Provide security to Streets Employees as they clean area
- Alert PD in case of emergency

**Streets (Contracted team):**

- Street Sweeping areas that have been cleared
- Power wash areas that have been cleared
- Avoid areas where property has not been removed
- Move to newly closed off area once it has been cleared
- Vacuum storm drains (as needed)

**Streets (City team):**

- Clean entire area Phases 1-4 with 'unenhanced' cleaning protocol

**Public Works:**

- Provide 20 recycle bins as moving boxes
- Provide four roll-off bins in area adjacent to designated area
- Be on call to remove and replace full bins

| Time | Responsible Party | Activity |
|------|-------------------|----------|
| | Streets | Close down designated area of street |
| | HSD, HSC, CBI | Request people move to designated areas, assist in the move |
| | Public Works | Drop off bins |
| | Streets (Non-Designated Area Team) | Begin typical M/W/F cleaning outside of designated area |
| | Streets (Designated Area Team) | Begin Power wash and Street Sweep |
| | HSD, HSC, CBI | Allow people to relocate back in designated area, assist where needed |
| | Police and Private Security | Close down designated next designated area of street |
| | HSD, HSC, CBI | Request people move to designated areas, assist in the move |
| | Streets (Designated Area Team) | Begin Power wash and Street Sweep |
| Noon | ALL | Wrap Up |