# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund For Empowerment, *et al.*, | No. CV-22-02041-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, *et al.*, | |
| Defendants. | |

**IT IS ORDERED** this matter be directly reassigned, pursuant to LRCiv 3.7(a)(1), to the Honorable G. Murray Snow. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-22-02041-PHX-GMS.

Dated this 8th day of December, 2022.

Honorable John J. Tuchi
United States District Judge