# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court having received Defendant City of Phoenix's Request for Emergency Status Conference (Doc. 13),

**IT IS ORDERED** setting this matter for an in-person Status Conference on **Monday, December 12, 2022 at 3:30 p.m**. in Courtroom 602, Sandra Day O'Connor U. S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

Dated this 9th day of December, 2022.

_____
G. Murray Snow
Chief United States District Judge