**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA**
Benjamin L. Rundall, State Bar No. 031661
Jared G. Keenan, State Bar No. 027068
Christine K. Wee, State Bar No. 028535
3707 N. 7th St., Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org
brundall@acluaz.org
cwee@acluaz.org

**SNELL & WILMER L.L.P.**
Edward J. Hermes (ASB #030529)
Delilah R. Cassidy (ASB #037407)
1 East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: (602)382-6529
Email: ehermes@swlaw.com
        dcassidy@swlaw.com

**DICKINSON WRIGHT PLLC**
Brian J. Hembd, State Bar No. 029817
Cameron C. Stanley, State Bar No. 036605
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
bhembd@dickinsonwright.com
cstanley@dickinson-wright.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., <br><br>        Plaintiffs, <br>vs. <br><br>City of Phoenix, et al., <br><br>        Defendants. | No. CV-22-02041-PHX-GMS <br><br>**NOTICE OF SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to this Court's instruction requiring declarations of any witnesses who intend to appear at the December 14, 2022, hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. 7), Plaintiffs provide Notice and lodge the attached Declaration from Ronnie Lee Massingille.

Dated this 9th day of December, 2022.

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA

By:  /Benjamin L. Rundall
     Benjamin L. Rundall
     Jared G. Keenan
     Christine K. Wee

SNELL & WILMER L.L.P.

By:  /Edward J. Hermes
     Edward J. Hermes
     Delilah Cassidy

DICKINSON WRIGHT, LLP

By:  /Brian J. Hembd
     Brian J. Hembd
     Cameron C. Stanley

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                      /s/ *Benjamin L. Rundall*
                       Benjamin L. Rundall