IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pending before the Court is the Motion for Preliminary Injunction (Doc. 2) filed by Plaintiffs Fund for Empowerment, Faith Kearns, and Frank Urban. At a status conference on December 12, 2022, the Court rescheduled the time of the hearing and adjusted other requirements associated with the hearing. Accordingly,

**IT IS HEREBY ORDERED** scheduling the in-person hearing for the preliminary injunction for **Wednesday, December 14, 2022, at 3:00 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. All persons attending the hearing shall wear masks. During in-court proceedings, a judge may authorize removal of masks or face coverings for purposes of witness testimony, defendant identification, making an appropriate record or other reasons as deemed necessary by the judge provided that appropriate social distancing or other protective measures are followed.

**IT IS FURTHER ORDERED** that each party shall have 75 minutes to present evidence and arguments. Witness declarations shall take the place of direct examinations, but the parties are permitted to conduct cross-examination of any witness. The parties have agreed to ensure that any declarant is available for cross examination; if a declarant is not available for cross examination, his or her declaration will not be considered by the Court. Parties are permitted to conduct re-direct examination, and time taken to re-direct a witness shall count against the party conducting the re-direct examination.

**IT IS FURTHER ORDERED** that any supplemental declarations shall be filed no later than **December 13, 2022, at 12:00 PM**.

**IT IS FURTHER ORDERED** vacating any requirements in the December 2, 2022 Order (Doc. 7) setting the preliminary injunction hearing in this case that are specifically addressed in this Order. All other requirements in the December 2, 2022 Order (Doc. 7) remain in effect.

Dated this 12th day of December, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge