# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV-22-02041-PHX-GMS <br><br> **ORDER** |

Before the Court is Plaintiffs' Motion to Exceed Page Limit for Reply to Defendants' Response to Plaintiffs' Motion for Preliminary Injunction (Doc. 20). Good cause appearing,

**IT IS ORDERED** granting Plaintiffs' Motion (Doc. 20).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file Plaintiffs' Reply lodged at Doc. 21.

Dated this 12th day of December, 2022.

_____
G. Murray Snow
Chief United States District Judge