# SWORN DECLARATION OF RONNIE LEE MASSINGILLE

1. My name is Ronnie Lee Massingille. I am over the age of 18, am of sound mind, and am competent and capable of making this declaration. I am submitting this Declaration under oath, under the penalty of perjury, pursuant 28 U.S.C. § 1746.

2. I was born in Phoenix, Arizona and lived here until about the age of 15. At that age I moved to Mississippi with my family. I moved back to Phoenix in 2009.

3. In 2009, the wages I received from my employment were not sufficient to cover my hosing costs and I became unsheltered. Since 2009, I have been chronically unhoused. While I obtained housing in 2019, I became unhoused again in 2020.

4. I am currently unsheltered and living in Phoenix. I am currently experiencing complications from a medical issue which make it difficult for me to obtain steady employment.

5. I often sleep at Sereno park, 19th Ave & Dunlap (and the nearby canal), Eastlake Park, and 20th Ave & Indian School. I often sleep in my car or set up a tent at these locations.

6. I have also lived in the area known as "the Zone."

7. While sleeping and encamped, I have had experiences with the police at almost of the locations I normally sleep.

8. The primary reason for moving locations is harassment by the City of Phoenix Police Department ("PPD").

9. My main concern about interactions with PPD is going to jail, being criminally cited, being fictitiously charged, and losing my property.

10. In December 2020, the police conducted a raid while I was sleeping at Sereno park. There were other unsheltered individuals encamped at Sereno Park at this time. The police arrived with vans at approximately 1:00 AM in the morning. They began arresting people. When the raid started, I immediately gathered up my belongings and left. The items

left behind by individuals who were arrested were later destroyed by city workers.

11. In the past year, I have observed at least four raids where PPD and the City show up to encampments. During these raids I have seen unsheltered individuals arrested. On some occasions, I have also seen city workers throw the belongings of unsheltered individuals away into a white truck.

12. The last raid I observed was on December 7, 2022. At around 10:00 AM I saw unsheltered individuals being arrested. A white truck was present. The unsheltered individuals' belongings were taken. I took the picture below of the raid.



13. My greatest fear being unsheltered is the Phoenix Police Department.

14. While I have obtained shelter before at Central Arizona Shelter Services, there are not enough shelter beds on any given day. In my opinion, CASS is also unsanitary. There are not enough towels, and the space is not clean. People often sleep on the floor because of how overcrowded the facility is.

15. On various occasions, police told me to go to the Zone. I believe this was the police's way of "shepherding" me into the Zone.

16. I have experienced at least three raids while living in the Zone. These raids are called sweeps by the City of Phoenix. During these raids I have lost:

    a. Arizona ID
    b. Birth Certificate
    c. Tent
    d. Suitcase
    e. Clothes/Shoes
    f. Skateboards
    g. Medication (including insulin for diabetes)

17. Because of the sweeps, filth, and heat, the Zone is a terrible place to live.

18. The seizure and destruction of my property created another substantial barrier to finding housing and harmed me physically and mentally.

19. If PPD and the City are allowed to continue with sweeps in the Zone, I fear for my own wellbeing, as well as the wellbeing of other individuals who are unsheltered. I believe PPD and the City will destroy property during these sweeps and find ways to arrest individuals experiencing homelessness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2022.

*BLM*
Ronnie Lee massingille (Dec 13, 2022 10:31 MST)

    Ronnie Massingille