IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV-22-02041-PHX-GMS <br><br> **ORDER** |

Before the Court is Dickinson Wright's Application to Withdraw as Co-Counsel With Client Consent (Doc. 43). Good cause appearing,

**IT IS ORDERED** granting the Application (Doc. 43) and withdrawing Dickinson Wright as Co-Counsel for Plaintiffs. Plaintiffs shall continue to be contacted through and represented by Benjamin L. Rundall, Jared Keenan, Christine Wee of the American Civil Liberties Union Foundation of Arizona and Edward J. Hermes and Delilah R. Cassidy of Snell & Wilmer.

Dated this 6th day of January, 2023.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge