Aaron D. Arnson (State Bar # 031322)
Trish Stuhan (State Bar # 027218)
Stephen B. Coleman (State Bar # 021715)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, Arizona 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Aaron@PierceColeman.com
Trish@PierceColeman.com
Steve@PierceColeman.com
*Attorneys for Defendant City of Phoenix*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, *et al.*, <br><br> Defendants. | Case No.: CV-22-02041-PHX-GMS <br><br> **STIPULATED MOTION TO STAY PROCEEDINGS** |

The parties jointly move this Court to stay the proceedings in this matter given the progress that parties have made and expect to make toward settling this case. In the time since the Court granted in part and denied in part Plaintiffs' motion for preliminary injunction, the parties have cooperated in good faith to attempt to reach a resolution of the matter and, to that end, have scheduled a private mediation that will occur on March 29, 2023. The parties agree that staying the litigation while the parties attempt to reach a settlement will avoid the unnecessary expenditure of limited public and private financial resources, is in the interest of judicial economy, and is in the parties' mutual interest. This motion is made in good faith and is not for the purpose of undue delay.

Therefore, the parties respectfully request that the Court issue an order: (1) staying the proceedings in this matter pending the outcome of the mediation scheduled for March 29, 2023; (2) vacating all currently set deadlines, including Defendants' January 27, 2023 deadline for filing a responsive pleading; and (3) directing the parties to file a notice advising the Court of the status of the litigation within fourteen (14) days following the conclusion of the mediation. A proposed form of order accompanies this Motion.

RESPECTFULLY SUBMITTED this 25th day of January 2023.

| **PIERCE COLEMAN PLLC** | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA** |
|---|---|
| By: /s/ Aaron D. Arnson | |
| Aaron D. Arnson | By: /s/ Benjamin L. Rundall (w/ permission) |
| Trish Stuhan | Benjamin L. Rundall |
| Stephen B. Coleman | Jared G. Keenan |
| 7730 East Greenway Road, Suite 105 | Christine K. Wee |
| Scottsdale, Arizona 85260 | 3707 N. 7th St., Suite 235 |
| *Attorneys for Defendants* | Phoenix, Arizona 85014 |
| | *Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

American Civil Liberties Union Foundation of Arizona
Benjamin L. Rundall
Jared G. Keenan
Christine K. Wee
brundall@acluaz.org
jkeenan@acluaz.org
cwee@acluaz.org

Snell & Wilmer, LLP
Edward J. Hermes
Deliah R. Cassidy
ehermes@swlaw.com
dcassidy@swlaw.com
Attorneys for Plaintiffs

By: /s/ Mary Walker

1