# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV-22-02041-PHX-GMS <br><br> **ORDER** |

Before the Court is the parties' Joint Motion to Stay Proceeding (Doc. 47).

**IT IS ORDERED** denying the parties' Joint Motion (Doc.47).

**IT IS FURTHER ORDERED** Defendants' responsive pleading deadline is extended to **February 10, 2023**.

**IT IS FURTHER ORDERED** the parties shall file a Joint Status Report within **14 days** of the March 29, 2023, mediation.

Dated this 27th day of January, 2023.

_____
G. Murray Snow
Chief United States District Judge