# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court has been advised that this case has settled (Doc. 53).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court be dismissed with prejudice within 30 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **May 4, 2023**, without further leave of Court.

Dated this 3rd day of April, 2023.

G. Murray Snow
Chief United States District Judge