**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA**
Benjamin L. Rundall, State Bar No. 031661
Jared G. Keenan, State Bar No. 027068
Christine K. Wee, State Bar No. 028535
3707 N. 7th St., Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
Email: brundall@aclu.org
      jkeenan@aclu.org
      cwee@aclu.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Leah Watson, admitted *pro hac vice*
Scout Katovich, admitted *pro hac vice*
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Email: lwatson@aclu.org
      skatovich@aclu.org

**SNELL & WILMER L.L.P.**
Ed J. Hermes, State Bar No. 030529
Delilah R. Cassidy, State Bar No. 037407
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: (602) 382-6000
E-Mail: ehermes@swlaw.com
       dcassidy@swlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Fund for Empowerment, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Phoenix, *et al.*,<br><br>    Defendants. | No. CV-22-02041-PHX-GMS<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURE STATEMENT** |

Plaintiffs Fund for Empowerment, Faith Kearns, Frank Urban, and Ronnie Massingille, by and through undersigned counsel, hereby give notice wthat they served on April 3, 2023, their Rule 26(A)(1) Initial Disclosure Statement on Defendants via email.

DATED this 3rd day of April, 2023.

By: */s/ Benjamin L. Rundall*
Benjamin L. Rundall
Jared G. Keenan
Christine K. Wee
3703 N. 7th St., Suite 235
Phoenix, Arizona 85014
AMERICAN CIVIL LIBERTIES
UNION OF ARIZONA

By: */s/ Delilah R. Cassidy*
Ed J. Hermes
Delilah R. Cassidy
One East Washington St., Ste 2700
Phoenix, Arizona 85004-2556
SNELL & WILMER L.L.P.

By: */s/ Leah Watson*
Leah Watson, *pro hac vice*
Scout Katovich, *pro hac vice*
125 Broad Street, 18th Floor
New York, New York 10004
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Lea Bartynski*