# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation and Joint Motion to Extend Dismissal Deadline (Doc. 56).

**IT IS ORDERED** granting the parties' Stipulation and Joint Motion (Doc. 56).

**IT IS FURTHER ORDERED** extending the dismissal deadline from May 4, 2023 to **June 5, 2023**.

**IT IS FURTHER ORDERED** setting an in-person Status Conference on **May 26, 2023 at 1:30 p.m.**

**IT IS FURTHER ORDERED** the parties are to advise the Court no later than **May 25, 2023** if the parties have reached a final agreement and the status conference is no longer necessary.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **June 5, 2023** without further leave of Court.

Dated this 27th day of April, 2023.

_____
G. Murray Snow
Chief United States District Judge