# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pursuant to Plaintiffs' Request for Modification of Preliminary Injunction and Motion for Order to Show Cause (Doc. 59) and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants shall file a response to Plaintiff's Request for Modification of Preliminary Injunction and Motion for Order to Show Cause (Doc. 59) by close of business on **May 22, 2023**.

**IT IS FURTHER ORDERED** setting a hearing on Plaintiff's Request for Modification of Preliminary Injunction and Motion for Order to Show Cause (Doc. 59) for **May 23, 2023 at 2:00 p.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003-2151.

Dated this 19th day of May, 2023.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge