# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pursuant to Defendant City of Phoenix's Emergency Motion for Continuance (Doc. 67) and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs shall file a response to Defendant's Emergency Motion for Continuance no later than **3:00 p.m. on May 22, 2023**. No reply shall be filed.

Dated this 22nd day of May, 2023.

_____
G. Murray Snow
Chief United States District Judge