**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA**
Benjamin L. Rundall, State Bar No. 031661
Jared G. Keenan, State Bar No. 027068
Christine K. Wee, State Bar No. 028535
3707 N. 7th St., Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
E-Mail: brundall@aclu.org
           jkeenan@aclu.org
           cwee@aclu.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Leah Watson, admitted *pro hac vice*
Scout Katovich, admitted *pro hac vice*
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
E-Mail: lwatson@aclu.org
           skatovich@aclu.org

**SNELL & WILMER L.L.P.**
Edward J. Hermes, State Bar No. 030529
Delilah R. Cassidy, State Bar No. 037407
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: (602) 382-6000
E-Mail: ehermes@swlaw.com
           dcassidy@swlaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Fund for Empowerment, *et al.*,

          Plaintiffs,

     v.

City of Phoenix, *et al.*,

          Defendants.

No. CV-22-02041-PHX-GMS

**PLAINTIFFS' MOTION FOR TELEPHONIC APPEARANCE AT MAY 23, 2023 HEARING**

    Plaintiffs Fund for Empowerment, Faith Kearns, Frank Urban, and Ronnie Massingille ("Plaintiffs"), respectfully request that the Court permit Leah Watson and Scout Katovich to appear telephonically at the May 23, 2023 hearing on Plaintiffs' Request for Modification of Preliminary Injunction and Motion for Order to Show Cause. This Motion is supported by the following Memorandum of Points and Authorities as well as

Plaintiffs' Request for Modification of Preliminary Injunction and Motion for Order to Show Cause, Doc. 59.

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule of Civil Procedure 7.2(h) provides the Court with discretion to allow a speaker telephone conference line for oral argument as long as "all conversations of all parties are audible to each participant and the Court." *Id*.

A speaker telephone conference line would allow Ms. Watson and Ms. Katovich, who represent Plaintiffs in this matter and have been admitted *pro hac vice*, to participate in the May 23, 2023 hearing. Plaintiffs filed a Motion for Modification of Preliminary Injunction and Motion for Order to Show Cause on May 16, 2023. On May 19, 2023, this Court scheduled these motions for a hearing on May 23, 2023. Ben Rundall will appear in person and lead argument for the Plaintiffs. Ms. Watson and Ms. Katovich are based in the New York office of the American Civil Liberties Union and unable to travel to Phoenix for the May 23, 2023 hearing. They would like to appear telephonically because they collected evidence from witnesses to the May 10, 2023 sweep in support of Plaintiffs' claims and contributed to drafting the motions at issue.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request the Court to enter the proposed Order Granting Plaintiffs' Motion for Telephonic Appearance filed contemporaneously herewith.

4854-7230-5763

1    DATED this 22nd day of May, 2023.

2

3
                                        By: */s/ Benjamin L. Rundall*
4                                          Benjamin L. Rundall
                                           Jared G. Keenan
5                                          Christine K. Wee
                                           3703 N. 7th St., Suite 235
6                                          Phoenix, Arizona 85014

7                                          AMERICAN CIVIL LIBERTIES UNION
                                           OF ARIZONA
8

9

10                                      By: */s/ Edward J. Hermes*
                                           Edward J. Hermes
11                                         Delilah R. Cassidy
                                           One East Washington Street, Suite 2700
12                                         Phoenix, Arizona 85004-2556

13                                         SNELL & WILMER L.L.P.

14

15                                      By: */s/ Leah Watson*
                                           Leah Watson, *pro hac vice*
16                                         Scout Katovich, *pro hac vice*
                                           125 Broad Street, 18th Floor
17                                         New York, New York 10004

18                                         AMERICAN CIVIL LIBERTIES UNION
                                           FOUNDATION
19
                                           *Attorneys for Plaintiffs*
20

21

22

23

24

25

26

27

28

4854-7230-5763