# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, *et al.*, <br><br> Defendants. | No. CV-22-02041-PHX-GMS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TELEPHONIC APPEARANCE AT MAY 23, 2023 HEARING** |

The Court having received and reviewed Plaintiffs' Motion for Telephonic Appearance (Doc. __) at May 23, 2023 Hearing.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

4863-9505-2643