**TULLY BAILEY LLP**
11811 N Tatum Blvd, Unit 3031
Phoenix, AZ 85028
Telephone: (602) 805-8960
Stephen W. Tully (AZ Bar No. 014076)
*stully@tullybailey.com*
Michael Bailey (AZ Bar No. 013747)
*mbailey@tullybailey.com*
Ilan Wurman (AZ Bar No. 034974)
*iwurman@tullybailey.com*

*Attorneys for Proposed Intervenors*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*, | Case No.: CV-22-02041-PHX-GMS |
| Plaintiffs, | |
| v. | **Proposed Answer in Intervention** |
| City of Phoenix, *et al.*, | |
| Defendants. | |

Proposed Intervenors, through counsel for the undersigned, answer the First Amended Complaint as follows:

1.    Admit.

2.    Deny to the extent that Plaintiffs imply that there are no other "sustainable solutions" currently available to the City, otherwise admit.

3.    Unable to admit or deny, and for that reason, deny.

4.    Deny to the extent that the numbers presented do not establish to what extent if any there is a shortfall in temporary shelter space for those who wish to use it.

5.    Admit.

6.    Admit.

1    7.    Admit.

2    8.    Deny.

3    9.    Deny.

4    10.   Deny.

5    11.   Unable to admit or deny, and for that reason, deny.

6    12.   Deny.

7    13.   Admit.

8    14.   Admit.

9    15.   Admit.

10   16.   Admit.

11   17.   Unable to admit or deny, and for that reason, deny.

12   18.   Unable to admit or deny, and for that reason, deny.

13   19.   Unable to admit or deny, and for that reason, deny.

14   20.   Unable to admit or deny, and for that reason, deny.

15   21.   Unable to admit or deny, and for that reason, deny.

16   22.   Admit.

17   23.   Unable to admit or deny, and for that reason, deny.

18   24.   Unable to admit or deny, and for that reason, deny.

19   25.   Unable to admit or deny, and for that reason, deny.

20   26.   Unable to admit or deny, and for that reason, deny.

21   27.   Admit.

22   28.   Admit.

23   29.   Admit to the extent that part of the increase relates to lack of affordable

24   housing.

25   30.   Admit.

26   31.   Admit.

27   32.   Admit.

28   33.   Admit.

| | | |
|---|---|---|
| 1 | 34. | Deny. |
| 2 | 35. | Deny. |
| 3 | 36. | Deny. |
| 4 | 37. | Deny. |
| 5 | 38. | Deny. |
| 6 | 39. | Deny. |
| 7 | 40. | Deny. |
| 8 | 41. | Deny. |
| 9 | 42. | Deny. |
| 10 | 43. | Deny. |
| 11 | 44. | Deny. |
| 12 | 45. | Deny. |
| 13 | 46. | Deny. |
| 14 | 47. | Deny. |
| 15 | 48. | Deny. |
| 16 | 49. | This is not a factual allegation, but a legal contention. Deny. |
| 17 | 50. | Deny. |
| 18 | 51. | Deny. |
| 19 | 52. | Deny. |
| 20 | 53. | Deny. |
| 21 | 54. | Admit. |
| 22 | 55. | Deny. |
| 23 | 56. | Admit. |
| 24 | 57. | Admit. |
| 25 | 58. | This is not a factual allegation, but a legal contention. Deny. |
| 26 | 59. | Deny. |
| 27 | 60. | Admit. |
| 28 | 61. | Proposed Intervenors are unable to determine what "broad" means in this |

1    context. They are also unable to admit or deny whether and to what extent the "Sleeping

2    Ban" covers areas otherwise unused by pedestrians. Otherwise, admit.

3         62.    Deny.

4         63.    Deny.

5         64.    Deny.

6         65.    Unable to admit or deny, and for that reason, deny.

7         66.    Unable to admit or deny, and for that reason, deny.

8         67.    Deny.

9         68.    Deny.

10        69.    This is not a factual allegation, but a legal contention. Deny.

11        70.    Unable to admit or deny, and for that reason, deny.

12        71.    Unable to admit or deny, and for that reason, deny.

13        72.    Unable to admit or deny, and for that reason, deny.

14        73.    Unable to admit or deny, and for that reason, deny.

15        74.    Unable to admit or deny, and for that reason, deny.

16        75.    Unable to admit or deny, and for that reason, deny.

17        76.    Unable to admit or deny, and for that reason, deny.

18        77.    Unable to admit or deny, and for that reason, deny.

19        78.    Unable to admit or deny, and for that reason, deny.

20        79.    Unable to admit or deny, and for that reason, deny.

21        80.    Unable to admit or deny, and for that reason, deny.

22        81.    Unable to admit or deny, and for that reason, deny.

23        82.    Unable to admit or deny, and for that reason, deny.

24        83.    Unable to admit or deny, and for that reason, deny.

25        84.    Unable to admit or deny, and for that reason, deny.

26        85.    Unable to admit or deny, and for that reason, deny.

27        86.    Unable to admit or deny, and for that reason, deny.

28        87.    Unable to admit or deny, and for that reason, deny.

| | | |
|---|---|---|
| 1 | 88. | Unable to admit or deny, and for that reason, deny. |
| 2 | 89. | Unable to admit or deny, and for that reason, deny. |
| 3 | 90. | Unable to admit or deny, and for that reason, deny. |
| 4 | 91. | Unable to admit or deny, and for that reason, deny. |
| 5 | 92. | Unable to admit or deny, and for that reason, deny. |
| 6 | 93. | Unable to admit or deny, and for that reason, deny. |
| 7 | 94. | Unable to admit or deny, and for that reason, deny. |
| 8 | 95. | Unable to admit or deny, and for that reason, deny. |
| 9 | 96. | Unable to admit or deny, and for that reason, deny. |
| 10 | 97. | Unable to admit or deny, and for that reason, deny. |
| 11 | 98. | Unable to admit or deny, and for that reason, deny. |
| 12 | 99. | Unable to admit or deny, and for that reason, deny. |
| 13 | 100. | Unable to admit or deny, and for that reason, deny. |
| 14 | 101. | Unable to admit or deny, and for that reason, deny. |
| 15 | 102. | Unable to admit or deny, and for that reason, deny. |
| 16 | 103. | Unable to admit or deny, and for that reason, deny. |
| 17 | 104. | Unable to admit or deny, and for that reason, deny. |
| 18 | 105. | Unable to admit or deny, and for that reason, deny. |
| 19 | 106. | Unable to admit or deny, and for that reason, deny. |
| 20 | 107. | Unable to admit or deny, and for that reason, deny. |
| 21 | 108. | Unable to admit or deny, and for that reason, deny. |
| 22 | 109. | Unable to admit or deny, and for that reason, deny. |
| 23 | 110. | Unable to admit or deny, and for that reason, deny. |
| 24 | 111. | Unable to admit or deny, and for that reason, deny. |
| 25 | 112. | Unable to admit or deny, and for that reason, deny. |
| 26 | 113. | Unable to admit or deny, and for that reason, deny. |
| 27 | 114. | Unable to admit or deny, and for that reason, deny. |
| 28 | 115. | Unable to admit or deny, and for that reason, deny. |

1    116.  Unable to admit or deny, and for that reason, deny.

2    117.  Deny.

3    118.  Unable to admit or deny, and for that reason, deny.

4    119.  Unable to admit or deny, and for that reason, deny.

5    120.  Admit.

6    121.  Deny.

7    122.  Deny.

8    123.  Deny.

9    124.  Deny.

10   125.  Deny.

11   126.  For their response to paragraph 126, Proposed Intervenors incorporate the

12   preceding paragraphs of this Answer.

13   127.  Admit.

14   128.  Admit.

15   129.  Admit.

16   130.  Admit.

17   131.  Deny.

18   132.  This is not a factual allegation, but a legal contention. Deny.

19   133.  Unable to admit or deny, and for that reason, deny.

20   134.  Unable to admit or deny, and for that reason, deny.

21   135.  This is not a factual allegation, but a legal contention. Deny.

22   136.  Unable to admit or deny, and for that reason, deny.

23   137.  Admit.

24   138.  This is not a factual allegation, but a legal contention. Dey.

25   139.  Admit.

26   140.  This is not a factual allegation, but a legal contention. Deny.

27   141.  This is not a factual allegation, but a legal contention. Deny.

28   142.  This is not a factual allegation, but a legal contention. Deny.

1    143.   For their response to paragraph 143, Proposed Intervenors incorporate the

2    preceding paragraphs of this Answer.

3    144.   Admit.

4    145.   Admit.

5    146.   Admit.

6    147.   Admit.

7    148.   Deny.

8    149.   This is not a factual allegation, but a legal contention. Deny.

9    150.   This is not a factual allegation, but a legal contention. Deny.

10   151.   This is not a factual allegation, but a legal contention. Deny.

11   152.   Unable to admit or deny, and for that reason, deny.

12   153.   Unable to admit or deny, and for that reason, deny.

13   154.   This is not a factual allegation, but a legal contention. Deny.

14   155.   This is not a factual allegation, but a legal contention. Deny.

15   156.   This is not a factual allegation, but a legal contention. Deny.

16   157.   This is not a factual allegation, but a legal contention. Deny.

17   158.   For their response to paragraph 158, Proposed Intervenors incorporate the

18   preceding paragraphs of this Answer.

19   159.   Admit.

20   160.   Admit to the extent the Ninth Circuit has interpreted the Eighth Amendment

21   in this manner.

22   161.   This is not a factual allegation, but a legal contention. Deny.

23   162.   This is not a factual allegation, but a legal contention. Deny.

24   163.   Admit.

25   164.   Admit.

26   165.   Deny.

27   166.   Admit that the City and its officials and employees have a legal duty to

28   enforce the ordinances in question, otherwise deny.

1    167.   Unable to admit or deny, and for that reason, deny.

2    168.   Deny.

3    169.   This is not a factual allegation, but a legal contention. Deny.

4    170.   This is not a factual allegation, but a legal contention. Deny.

5    171.   This is not a factual allegation, but a legal contention. Deny.

6    172.   This is not a factual allegation, but a legal contention. Deny.

7    173.   This is not a factual allegation, but a legal contention. Deny.

8    174.   For their response to paragraph 174, Proposed Intervenors incorporate the

9    preceding paragraphs of this Answer.

10    175.   Admit.

11    176.   Admit.

12    177.   Unable to admit or deny, and for that reason, deny.

13    178.   Unable to admit or deny the factual elements of this allegation and, insofar

14    as it is not a factual allegation, but a legal contention, deny.

15    179.   Unable to admit or deny the factual elements of this allegation and, insofar

16    as it is not a factual allegation, but a legal contention, deny.

17    180.   Deny.

18    181.   Unable to admit or deny the factual elements of this allegation and, insofar

19    as it is not a factual allegation, but a legal contention, deny.

20    182.   Unable to admit or deny, and for that reason, deny.

21    183.   Unable to admit or deny, and for that reason, deny.

22    184.   This is not a factual allegation, but a legal contention. Deny.

23    185.   For their response to paragraph 185, Proposed Intervenors incorporate the

24    preceding paragraphs of this Answer.

25    186.   Unable to admit or deny the factual elements of this allegation and, insofar

26    as it is not a factual allegation, but a legal contention, deny.

27    187.   Admit.

28    188.   Deny. The Zone is much larger than that, extending along 9th and 13th

1   Avenues from Jefferson Street to the railroad tracks south of Jackson Street, and along
2   Jefferson, Madison, and Jackson streets from 8th to 13th Avenues. This amounts to over
3   one dozen "blocks."

4       189.    Admit.

5       190.    Admit.

6       191.    Admit.

7       192.    Admit.

8       193.    Admit.

9       194.    Admit.

10      195.    Unable to admit or deny, and for that reason, deny.

11      196.    Admit.

12      197.    Unable to admit or deny, and for that reason, deny.

13      198.    Admit.

14      199.    Admit.

15      200.    Admit.

16      201.    Admit.

17      202.    This is not a factual allegation, but a legal contention. Deny.

18  **AFFIRMATIVE DEFENSES**

19      1.    Plaintiffs fail to state a claim upon which relief can be granted. None of the
20  Plaintiffs has alleged that he or she is *involuntarily* homeless, as required by *Martin v. City*
21  *of Boise*. None of the Plaintiffs alleges that the City of Phoenix does not have other
22  practically available shelter for unsheltered persons when the City conducts its cleaning
23  sweeps.

24      2.    Plaintiffs, not being involuntarily homeless, and not having been convicted
25  under any relevant ordinance, lack standing to bring this lawsuit on behalf of persons who
26  are in fact involuntarily homeless.

27      3.    Dismissal is mandated by the doctrine of *Younger* abstention.

28

1    RESPECTFULLY SUBMITTED this 23rd day of May, 2023.

2

3                    **TULLY BAILEY LLP**

4                    /s/ *Stephen W. Tully*

5                    Stephen W. Tully
                     Michael Bailey
6                    Ilan Wurman
7                    *Attorneys for the Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-10-

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

American Civil Liberties Union
Foundation of Arizona
Benjamin L. Rundall
Jared G. Keenan
Christine K. Wee
brundall@acluaz.org
jkeenan@acluaz.org
cwee@acluaz.org

Snell & Wilmer LLP
Edward J. Hermes
Delilah R. Cassidy
ehermes@swlaw.com
dcassidy@swlaw.com

Pierce Coleman PLLC
Aaron D. Arnson
Trish Stuhan
Justin Pierce
aaron@piercecoleman.com
trish@piercecoleman.com
justin@piercecoleman.com

By: /s/ *Stephen W. Tully*