# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., <br> Plaintiffs, <br> v. <br> City of Phoenix, et al., <br> Defendants. | No. CV-22-02041-PHX-GMS <br><br> **ORDER** |

In light of today's hearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Order to Show Cause and Request for Modification of Preliminary Injunction (Doc. 59) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Expedite Discovery (Doc. 60) is **GRANTED**, and Defendants shall have two weeks to produce the requested discovery.

**IT IS FURTHER ORDERED** that the Court's previous stay ordering Defendants to "not conduct any cleanups in the Zone until the Court has held the hearing and provided further orders to the parties," (Doc. 71), is lifted.

Dated this 26th day of May, 2023.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge