IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

On May 25, 2023, the Court issued an Order (Doc. 85) granting Interveners' Motion to Intervene in this action. To date, the Interveners have failed to file their Proposed Answer in Intervention (Doc. 76-2).

**IT IS ORDERED** that Interveners shall file their Answer in Intervention as proposed at Doc. 76-2 within five business days of the date of this Order or an Order to Show Cause will issue.

Dated this 1st day of June, 2023.

G. Murray Snow
Chief United States District Judge