Aaron D. Arnson (State Bar # 031322)
Trish Stuhan (State Bar # 027218)
Stephen B. Coleman (State Bar # 021715)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, Arizona 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Aaron@PierceColeman.com
Trish@PierceColeman.com
Steve@PierceColeman.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*, <br><br>                Plaintiffs, <br>       v. <br><br> City of Phoenix, *et al.*, <br><br>                Defendants. | Case No.: CV-22-02041-PHX-GMS <br><br> **NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURE STATEMENT** |

Defendants City of Phoenix (the "City"), Jeri Williams, and Michael Sullivan (collectively, "Defendants") hereby give notice that on this day they served their Initial Disclosure Statement on Plaintiffs via email.

RESPECTFULLY SUBMITTED this 2nd day of June, 2023.

**PIERCE COLEMAN PLLC**

By: /s/ Aaron D. Arnson
   Aaron D. Arnson
   Trish Stuhan
   Stephen B. Coleman
   7730 East Greenway Road, Suite 105
   Scottsdale, Arizona 85260
   *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2023, I electronically transmitted this document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrants:

American Civil Liberties Union Foundation of Arizona
Benjamin L. Rundall
Jared G. Keenan
Christine K. Wee
brundall@acluaz.org
jkeenan@acluaz.org
cwee@acluaz.org

Snell & Wilmer, LLP
Edward J. Hermes
Deliah R. Cassidy
ehermes@swlaw.com
dcassidy@swlaw.com
Attorneys for Plaintiffs
*Attorneys for Plaintiffs*

By: /s/ Mary Walker