**TULLY BAILEY LLP**
11811 N Tatum Blvd, Unit 3031
Phoenix, AZ 85028
Telephone: (602) 805-8960
Stephen W. Tully (AZ Bar No. 014076)
stully@tullybailey.com
Michael Bailey (AZ Bar No. 013747)
mbailey@tullybailey.com
Ilan Wurman (AZ Bar No. 034974)
ilan.wurman@tullybailey.com

*Attorneys for Proposed Intervenors*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, *et al.*, <br><br> Defendants. | Case No.: CV-22-02041-PHX-GMS <br><br> **Intervenors' Notice of Withdrawal of Motion to Dismiss under 12(b)(6) and 12(b)(1) and in the Alternative to Abstain** |

Intervenors hereby withdraw their motion to dismiss Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1) (Doc 91) as they forgot to comply with LRCiv 12.1(c) as to the 12(b)(6) arguments. They will refile once they have complied with that rule. They apologize for the inconvenience.

//
//
//

RESPECTFULLY SUBMITTED this 5th day of June, 2023.

**TULLY BAILEY LLP**

/s/ *Stephen W. Tully*

Stephen W. Tully
Michael Bailey
Ilan Wurman
*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 5, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| American Civil Liberties Union Foundation of Arizona<br>Benjamin L. Rundall<br>Jared G. Keenan<br>Christine K. Wee<br>jkeenan@acluaz.org<br>cwee@acluaz.org | Snell & Wilmer LLP<br>Edward J. Hermes<br>Delilah R. Cassidy<br>ehermes@swlaw.com<br>dcassidy@swlaw.com<br><br>Pierce Coleman PLLC<br>Aaron D. Arnson<br>Trish Stuhan<br>aaron@piercecoleman.com<br>trish@piercecoleman.com<br>justin@piercecoleman.com |

By: /s/ *Stephen W. Tully*