**TULLY BAILEY LLP**
11811 N Tatum Blvd, Unit 3031
Phoenix, AZ 85028
Telephone: (602) 805-8960
Stephen W. Tully (AZ Bar No. 014076)
stully@tullybailey.com
Michael Bailey (AZ Bar No. 013747)
mbailey@tullybailey.com
Ilan Wurman (AZ Bar No. 034974)
iwurman@tullybailey.com

*Attorneys for Intervenor Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*, | Case No.: CV-22-02041-PHX-GMS |
| Plaintiffs, | |
| v. | **Intervenors' Certificate of Compliance with LRCiv. 12.1(c)** |
| City of Phoenix, *et al.*, | |
| Defendants. | |
| Freddy Brown, et al., | |
| Intervenor Defendants | |

    Intervenors hereby certify that they notified Plaintiffs of the issues asserted in the Intervenor's motion to dismiss and the parties were unable to agree that the pleading was curable in any part by a permissible amendment offered by the Plaintiffs.

-1-

RESPECTFULLY SUBMITTED this 7th day of June, 2023.

**TULLY BAILEY LLP**

/s/ *Stephen W. Tully*

Stephen W. Tully
Michael Bailey
Ilan Wurman
*Attorneys for Intervenors*

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| American Civil Liberties Union Foundation of Arizona<br>Jared G. Keenan<br>Christine K. Wee<br>brundall@acluaz.org<br>jkeenan@acluaz.org<br>cwee@acluaz.org | Snell & Wilmer LLP<br>Edward J. Hermes<br>Delilah R. Cassidy<br>dcassidy@swlaw.com<br>ehermes@swlaw.com |
| Pierce Coleman PLLC<br>Aaron D. Arnson<br>Trish Stuhan<br>Justin Pierce<br>aaron@piercecoleman.com<br>trish@piercecoleman.com<br>justin@piercecoleman.com | Benjamin L. Rundall<br>Zwillinger Wulkan PLC<br>2020 North Central Avenue, Suite 675<br>Phoenix, Arizona 85004<br>ben.rundall@zwfirm.com |

By: /s/ *Stephen W. Tully*