Aaron D. Arnson (State Bar # 031322)
Trish Stuhan (State Bar # 027218)
Stephen B. Coleman (State Bar # 021715)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, Arizona 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Aaron@PierceColeman.com
Trish@PierceColeman.com
Steve@PierceColeman.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*, | Case No.: CV-22-02041-PHX-GMS |
| Plaintiffs, | |
| v. | **NOTICE OF SERVICE OF DISCOVERY** |
| City of Phoenix, *et al.*, | |
| Defendants. | |

Defendants City of Phoenix (the "City"), Jeri Williams, and Michael Sullivan (collectively, "Defendants") hereby give notice that on June 9, 2023 they served their Responses to Plaintiffs' Expedited Discovery Requests by email.

RESPECTFULLY SUBMITTED this 13th day of June, 2023.

**PIERCE COLEMAN PLLC**

By: /s/ Aaron D. Arnson
    Aaron D. Arnson
    Trish Stuhan
    Stephen B. Coleman
    7730 East Greenway Road, Suite 105
    Scottsdale, Arizona 85260
    *Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2023, I electronically transmitted this document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrants:

American Civil Liberties Union Foundation of Arizona
Jared G. Keenan
Christine K. Wee
jkeenan@acluaz.org
cwee@acluaz.org

Snell & Wilmer, LLP
Edward J. Hermes
Deliah R. Cassidy
ehermes@swlaw.com
dcassidy@swlaw.com

Zwillinger Wulkan PLC
Benjamin L. Rundall
ben.rundall@zwfirm.com

*Attorneys for Plaintiffs*

By: /s/ Judy Wilkening