# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is Snell & Wilmer, LLP's Application to Withdraw as Co-Counsel With Client Consent (Doc. 101).

**IT IS ORDERED** granting Snell & Wilmer, LLP's Application to Withdraw as Co-Counsel with Client Consent (Doc. 101) and withdrawing Edward J. Hermes and Delilah R. Cassidy of Snell & Wilmer as co-counsel of record for Fund for Empowerment, Faith Kearns, Frank Urban and Ronnie Massingille.

Dated this 20th day of June, 2023.

_____
G. Murray Snow
Chief United States District Judge