**TULLY BAILEY LLP**
11811 N Tatum Blvd, Unit 3031
Phoenix, AZ 85028
Telephone: (602) 805-8960
Stephen W. Tully (AZ Bar No. 014076)
stully@tullybailey.com
Michael Bailey (AZ Bar No. 013747)
mbailey@tullybailey.com
Ilan Wurman (AZ Bar No. 034974)
iwurman@tullybailey.com

*Attorneys for Intervenors*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*, | Case No.: CV-22-02041-PHX-GMS |
| Plaintiffs, | |
| v. | **Intervenors' Objection to Plaintiffs' Motion to Exceed Page Limit.** |
| City of Phoenix, *et al.*, | |
| Defendants. | |
| Freddy Brown, et al., | |
| Intervenor Defendants | |

Intervenors hereby object to Plaintiffs' Motion to Exceed Page Limit (Doc.31). Intervenors filed a 16-page Motion to Dismiss or Abstain (Doc.94). Plaintiffs are entitled to file a 17-page response. They seek to file a 27-page response. The proposed response contains a lot of irrelevant posturing. The motion offers no basis for the requested relief other than to state that "Intervenors' Motion to Dismiss plainly stated law and arguments under multiple theories requiring a deeper exploration of the myriad issues raised in their motion." Intervenors are not entirely sure what that means, but they were able to state their arguments in less than 17 pages and believe Plaintiffs can respond in like fashion and

-1-

certainly do not need 11 more pages than Intervenors.

RESPECTFULLY SUBMITTED this 27th day of June, 2023.

**TULLY BAILEY LLP**

/s/ *Stephen W. Tully*

Stephen W. Tully
Michael Bailey
Ilan Wurman
*Attorneys for the Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

American Civil Liberties Union
Foundation of Arizona
Benjamin L. Rundall
Jared G. Keenan
Christine K. Wee
brundall@acluaz.org
jkeenan@acluaz.org
cwee@acluaz.org

Pierce Coleman PLLC
Aaron D. Arnson
Trish Stuhan
aaron@piercecoleman.com
trish@piercecoleman.com
justin@piercecoleman.com

By: /s/ *Stephen W. Tully*