Justin S. Pierce (State Bar # 022646)
Aaron D. Arnson (State Bar # 031322)
Trish Stuhan (State Bar # 027218)
Stephen B. Coleman (State Bar # 021715)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, Arizona 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Justin@PierceColeman.com
Aaron@PierceColeman.com
Trish@PierceColeman.com
Steve@PierceColeman.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>City of Phoenix, *et al.*,<br><br>Defendants. | Case No.: CV-22-02041-PHX-GMS<br><br>**NOTICE OF SERVICE** |

Defendants City of Phoenix (the "City"), Jeri Williams, and Michael Sullivan (collectively, "Defendants") hereby give notice that on this date they served Defendants' Second Supplemental Disclosure Statement.

DATED this 20th day of July 2023.

**PIERCE COLEMAN PLLC**

By: /s/ Aaron D. Arnson
    Justin S. Pierce
    Aaron D. Arnson
    Trish Stuhan
    Stephen B. Coleman
    7730 East Greenway Road, Suite 105
    Scottsdale, Arizona 85260
    *Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2023, I electronically transmitted this document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrants:

American Civil Liberties Union Foundation of Arizona
Jared G. Keenan
Christine K. Wee
jkeenan@acluaz.org
cwee@acluaz.org

Snell & Wilmer, LLP
Edward J. Hermes
Deliah R. Cassidy
ehermes@swlaw.com
dcassidy@swlaw.com

Zwillinger Wulkan PLC
Benjamin L. Rundall
ben.rundall@zwfirm.com

*Attorneys for Plaintiffs*


Stephen W. Tully
Michael Bailey
Ilan Wurman
stully@tullybailey.com
mbailey@tullybailey.com
iwurman@tullybailey.com
Attorneys for Intervenors


By: /s/ Judy Wilkening