# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Modify Preliminary Injunction and Motion for Expedited Consideration and Emergency Status Conference (Doc. 109).

**IT IS ORDERED** setting an expedited Telephonic Status Conference on **October 11, 2023 at 10:30 a.m.** To ensure clarity of communication with the Court and accurate transcription by the Court Reporter, the parties shall not use headsets, speaker phones or other apparatus that interferes with a clear transmission. It is each participating lawyer's/party's responsibility to have a clear audio connection. Failure to achieve this will require that the Status Conference be reset with the parties appearing in Court in person. The Court will email the call-in information to counsel/parties prior to the conference date.

Dated this 10th day of October, 2023.

_____
G. Murray Snow
Chief United States District Judge