# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Telephonic Appearance at October 17, 2023 Status Conference (Doc. 116).

**IT IS ORDERED** granting Plaintiffs' Motion for Telephonic Appearance (Doc. 116) and permit Leah Watson and Scout Katovich to listen in to the status conference on Defendants' Request for Modification of Preliminary Injunction. The Court will email these counsel with the call-in information.

Dated this 17th day of October, 2023.

_____
G. Murray Snow
Chief United States District Judge