Justin S. Pierce (State Bar #022646)
Aaron D. Arnson (State Bar # 031322)
Trish Stuhan (State Bar # 027218)
Stephen B. Coleman (State Bar # 021715)
**PIERCE COLEMAN PLLC**
7730 East Greenway Road, Suite 105
Scottsdale, Arizona 85260
Tel. (602) 772-5506
Fax (877) 772-1025
Justin@PierceColeman.com
Aaron@PierceColeman.com
Trish@PierceColeman.com
Steve@PierceColeman.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*,<br><br>    Plaintiffs,<br>    v.<br><br>City of Phoenix, *et al.*,<br><br>    Defendants. | Case No.: CV-22-02041-PHX-GMS<br><br>**NOTICE OF JOINDER IN INTERVENOR DEFENDANTS' MOTION TO DISMISS** |

Defendants City of Phoenix, Jeri Williams, and Michael Sullivan provide notice that they join in the Intervenor Defendants' Motion to Dismiss (Doc. 94), except with regard to Part II of the motion regarding abstention.

RESPECTFULLY SUBMITTED this 20th day of December, 2023.

**PIERCE COLEMAN PLLC**

By: /s/ Aaron D. Arnson
    Justin S. Pierce
    Aaron D. Arnson
    Trish Stuhan
    Stephen B. Coleman
    7730 East Greenway Road, Suite 105
    Scottsdale, Arizona 85260
    *Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, I electronically transmitted this document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrants:

American Civil Liberties Union Foundation of Arizona
Jared G. Keenan
Christine K. Wee
jkeenan@acluaz.org
cwee@acluaz.org

Zwillinger Wulkan PLC
Benjamin L. Rundall
ben.rundall@zwfirm.com
*Attorneys for Plaintiffs*

Stephen W. Tully
Michael Bailey
Ilan Wurman
stully@tullybailey.com
mbailey@tullybailey.com
iwurman@tullybailey.com
*Attorneys for Intervenors*

By: /s/ Mary Walker