# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants, | |
| Freddy Brown, et al., | |
| Intervenor Defendants | |

**IT IS HEREBY ORDERED** setting this matter for Oral Argument on Intervenor Defendants' Motion to Dismiss (Doc. 94) for **March 29, 2024 at 3:00 p.m.** in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003. Each party shall have 15 minutes to argue their position.

Dated this 25th day of January, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge