# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Telephonic Appearance at March 29, 2024 Oral Argument (Doc. 134).

**IT IS ORDERED** granting Plaintiffs' Motion (Doc. 134).

**IT IS FURTHER ORDERED** permitting Scout Katovich, Andrew Kim, Courtney Hayden, Collin Grier, and Madeline Fuller to telephonically listen in to the March 29, 2024 oral argument on Intervenors' Motion to Dismiss. Ben Rundall will appear in person and lead argument for the Plaintiffs. The Court will email the call-in listen only information to Scout Katovich, Andrew Kim, Courtney Hayden, Collin Grier, and Madeline Fuller.

Dated this 27th day of March, 2024.

G. Murray Snow
Chief United States District Judge