**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA**
Jared G. Keenan, State Bar No. 027068
Christine K. Wee, State Bar No. 028535
2712 N. 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
E-Mail: jkeenan@aclu.org
         cwee@aclu.org

**ZWILLINGER WULKAN PLC**
Benjamin L. Rundall, State Bar No. 031661
Alexis Eisa, State Bar No. 038702
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004
Telephone: (602) 962-2969
E-Mail: ben.rundall@zwfirm.com

*Attorneys for Plaintiffs*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Leah Watson, admitted *pro hac vice*
Scout Katovich, admitted *pro hac vice*
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
E-Mail:   lwatson@aclu.org
          skatovich@aclu.org

**GOODWIN PROCTER LLP**
Andrew Kim, admitted *pro hac vice*
Courtney L. Hayden, admitted *pro hac vice*
Collin M. Grier, admitted *pro hac vice*
Madeline Fuller, admitted *pro hac vice*
1900 N Street, N.W.
Washington, D.C. 20036
Telephone: 202-346-4000
E-Mail:
    AndrewKim@goodwinlaw.com
    CHayden@goodwinlaw.com
    CGrier@goodwinlaw.com
    MFuller@goodwinlaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, a nonprofit corporation, in its individual capacity; Ronnie Massingille, individually; Mohamed Sissoho, individually; Dyrwood Moore, individually; Faith Kearns, individually; Frank Urban, individually; Timothy James, individually; Sherdina Carr, individually; Papy Abdul Idrissa, individually; and Jason Rich, individually, <br><br>                    Plaintiffs, <br><br>    vs. <br><br> City of Phoenix, a political subdivision of the state of Arizona; Rachel Milne, individually, and in her official capacity as the Director of the Office of Homeless | No. CV-22-02041-PHX-GMS <br><br> **NOTICE OF FILING SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE** |

Solutions; and Michael Sullivan individually, and in his official capacity as Interim Chief of the Phoenix Police Department, Entities I-X, political subdivisions of the state of Arizona; and John and Jane Does 1-75, in their individual capacities,

Defendants.

Plaintiffs give notice of the filing of their Second Amended Complaint for Declaratory and Injunctive Relief, as permitted by this Court's Order dated April 9, 2024 (Doc. 137). Plaintiffs attach a redline version of the Second Amended Complaint which details the differences of it from Plaintiffs' First Amended Complaint (Exhibit 1). Plaintiffs separately filed their Second Amended Complaint.

Dated this 29th day of April, 2024.

        AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA
        By: */s/ Jared G. Keenan*
           Jared G. Keenan
           Christine K. Wee

        ZWILLINGER WULKAN
        By: */s/ Benjamin L. Rundall*
        Benjamin L. Rundall

        AMERICAN CIVIL LIBERTIES UNION FOUNDATION
        By: */s/ Leah Watson*
           Leah Watson, pro hac vice
           Scout Katovich, pro hac vice

        GOODWIN PROCTER LLP
        By: */s/ Andrew Kim*
           Andrew Kim, pro hac vice
           Collin M. Grier, pro hac vice
           Madeline Fuller, pro hac vice

           Courtney L. Hayden, pro hac vice

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. All participants in the case who are registered CM/ECF user will be served by the CM/ECF system.

> /s/*Jared G. Keenan*
> *Jared G. Keenan*