# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to Hold Defendants' Motion to Dismiss In Abeyance So Plaintiffs Can Amend Their Complaint (Doc. 151).

**IT IS ORDERED** granting the parties' Stipulation to Hold Defendants' Motion to Dismiss In Abeyance So Plaintiffs Can Amend Their Complaint (Doc. 151).

**IT IS FURTHER ORDERED** Plaintiffs shall have to and **including July 1, 2024**, within which to file an Amended Complaint in compliance with Rule 15 of the Federal Rules of Civil Procedure and LRCiv 15.1.

**IT IS FURTHER ORDERED** Defendants' Motion to Dismiss (Doc. 149) is held in abeyance until Plaintiffs file an Amended Complaint.

Dated this 21st day of June, 2024.

_____
G. Murray Snow
Chief United States District Judge