1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

DISTRICT OF ARIZONA

10
11

Fund for Empowerment, *et al.*,

12

Case No.:  2:CV-22-02041-PHX-GMS

Plaintiffs,

13

**ORDER**

v.

14

City of Phoenix, *et al.*,

15

Defendants.

16
17

Before the Court is Defendants' Motion to Dissolve Preliminary Injunction Order

18

(Doc. 160). For the reasons set forth in the Motion, and good cause appearing,

19
20

IT IS ORDERED granting Defendants' Motion and dissolving the Preliminary

Injunction Order as set forth in Doc. 34.

21
22
23
24
25
26
27
28