# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, et al., | No. CV-22-02041-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is Defendants' Unopposed Motion to Extend Deadline to File Reply in Support of Their Motion to Dismiss (Doc. 167).

**IT IS ORDERED** granting Defendants' Unopposed Motion to Extend Deadline to File Reply in Support of Their Motion to Dismiss (Doc. 167).

**IT IS FURTHER ORDERED** Defendants shall have up to and including **September 6, 2024** to file their Reply in Support of their Motion to Dismiss.

Dated this 29th day of August, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge