1
2
3
4
5

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA**
Jared G. Keenan, State Bar No. 027068
Christine K. Wee, State Bar No. 028535
2712 N. 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
E-Mail: jkeenan@acluaz.org
        cwee@acluaz.org

6
7
8
9
10
11
12

**ZWILLINGER WULKAN PLC**
Benjamin L. Rundall, State Bar No. 031661
Alexis Eisa, State Bar No. 038702
Lisa Bivens, State Bar No. 034075
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004
Telephone: (602) 962-2969
E-Mail: ben.rundall@zwfirm.com
        alexis.eisa@zwfirm.com
        lisa.bivens@zwfirm.com

*Attorneys for Plaintiffs*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Leah Watson, admitted *pro hac vice*
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
E-Mail: lwatson@aclu.org

Scout Katovich, admitted *pro hac vice*
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 549-2500
E-Mail: skatovich@aclu.org

**GOODWIN PROCTER LLP**
Andrew Kim, admitted *pro hac vice*
Collin M. Grier, admitted *pro hac vice*
Madeline Fuller, admitted *pro hac vice*
1900 N Street, N.W.
Washington, D.C. 20036
Telephone: (202) 346-4000
E-Mail: AndrewKim@goodwinlaw.com
        CGrier@goodwinlaw.com
        MFuller@goodwinlaw.com

Courtney L. Hayden, admitted *pro hac vice*
100 Northern Ave.
Boston, Massachusetts 02210
Telephone: (617) 570-1000
E-Mail: CHayden@goodwinlaw.com

13
14
15
16
17
18
19
20

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

21
22
23
24
25
26
27
28

Fund for Empowerment, a nonprofit corporation, in its individual capacity; Ronnie Massingille, individually; Mohamed Sissoho, individually; Dyrwood Moore, individually; Faith Kearns, individually; Frank Urban, individually; Timothy James, individually; Sherdina Carr, individually; Papy Abdul Idrissa, individually; and Jason Rich, individually,

Plaintiffs,

No. CV-22-02041-PHX-GMS

**FUND FOR EMPOWERMENT'S SUGGESTION OF DEATH OF PLAINTIFF SHERDINA CARR**

v.

City of Phoenix, a political subdivision of
the state of Arizona; Rachel Milne, in her
official capacity as the Director of the
Office of Homeless Solutions; and
Michael Sullivan in his official capacity as
Interim Chief of the Phoenix Police
Department, Entities I-X, political
subdivisions of the state of Arizona; and
John and Jane Does 1-75, in their
individual capacities,

Defendants.

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs Fund for Empowerment, Ronnie Massingille, Mohamed Sissoho, Dyrwood Moore, Faith Kearns, Frank Urban, Timothy James, Papy Abdul Idrissa, and Jason Rich (collectively "Plaintiffs") respectfully suggest upon the record the death of Plaintiff Sherdina Carr, a named plaintiff, on or about December 9, 2024. Plaintiffs submit that the action may proceed with the remaining Plaintiffs.

RESPECTFULLY SUBMITTED this 10th day of January, 2025.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: /s/ *Jared G. Keenan*
Jared G. Keenan
Christine K. Wee
2712 N. 7th Street
Phoenix, Arizona 85006

AMERICAN CIVIL LIBERTIES
UNION OF ARIZONA

By: */s/ Benjamin L. Rundall*
Benjamin L. Rundall
Alexis Eisa
Lisa Bivens
2020 North Central Ave., Suite 675
Phoenix, Arizona 85004-2556

ZWILLINGER WULKAN

By: */s/ Leah Watson*
Leah Watson, *pro hac vice*
125 Broad Street, 18th Floor
New York, New York 10004

Scout Katovich, *pro hac vice*
425 California Street, Suite 700
San Francisco, California 94104

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

By: /s/ *Andrew Kim*
Andrew Kim, *pro hac vice*
Collin M. Grier, *pro hac vice*
Madeline Fuller, *pro hac vice*
1900 N Street, N.W.
Washington, D.C. 20036

Courtney L. Hayden, *pro hac vice*
100 Northern Ave.
Boston, Massachusetts 02210

GOODWIN PROCTER LLP

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2025, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM/ECF system for filing; and served on all counsel of record via the Court's CM/ECF system.

/s/ *Andrew Kim*
Andrew Kim