**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA**
Jared G. Keenan, State Bar No. 027068
Christine K. Wee, State Bar No. 028535
2712 N. 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
E-Mail: jkeenan@acluaz.org
　　　　cwee@acluaz.org

**ZWILLINGER WULKAN PLC**
Benjamin L. Rundall, State Bar No. 031661
Alexis Eisa, State Bar No. 038702
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004
Telephone: (602) 962-2969
E-Mail: ben.rundall@zwfirm.com
　　　　alexis.eisa@zwfirm.com

*Attorneys for Plaintiffs*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Leah Watson, admitted *pro hac vice*
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
E-mail: lwatson@aclu.org

Scout Katovich, admitted *pro hac vice*
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (212) 549-2500
E-Mail: skatovich@aclu.org

**GOODWIN PROCTER LLP**
Andrew Kim, admitted *pro hac vice*
Collin M. Grier, admitted *pro hac vice*
Madeline Fuller, admitted *pro hac vice*
1900 N Street, N.W.
Washington, D.C. 20036
Telephone: 202-346-4000
E-Mail: AndrewKim@goodwinlaw.com
　　　　CGrier@goodwinlaw.com
　　　　MFuller@goodwinlaw.com

Courtney L. Hayden, admitted *pro hac vice*
100 Northern Avenue
Boston, MA 02210
Telephone: 617-570-1000
E-Mail: CHayden@goodwinlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Fund for Empowerment, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>City of Phoenix, *et al.*,<br><br>　　　　　Defendants. | No. CV-22-02041-PHX-GMS<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST INTERVENORS** |

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs request the Court enter default against Intervenors Freddy Brown, Joel Coplin, Jo-Ann Coplin, Deborah Faillace, Karl Freund, Gallery 119, Michael Godbehere, Jordan Evan Greeman, Rozella Hector,

Daniel Langmade, Dianne Langmade, Ian Likwarz, Matthew Lysiak, Michael Lysiak, Old Station Sub Shop, PBF Manufacturing Co. Inc., Phoenix Kitchens LLC, and Don Stockman without a hearing. Plaintiffs rely upon the record in this case and the Affidavit of counsel submitted with this motion as Exhibit 1.

DATED this 13th day of June, 2025.

By: */s/ Benjamin Rundall*
Benjamin L. Rundall
Alexis Eisa
2020 North Central Ave., Suite 675
Phoenix, Arizona 85004-2556
ZWILLINGER WULKAN

Andrew Kim *pro hac vice*
Collin M. Grier *pro hac vice*
Madeline Fuller *pro hac vice*
1900 N Street, N.W.
Washington, D.C. 20036

Courtney L. Hayden *pro hac vice*
100 Northern Avenue
Boston, MA 02210
GOODWIN PROCTER LLP

Jared G. Keenan
Christine K. Wee
2712 N. 7th Street
Phoenix, Arizona 85006
AMERICAN CIVIL LIBERTIES UNION OF ARIZONA

Scout Katovich, *pro hac vice*
425 California Street, Suite 700
San Francisco, CA 94104

Leah Watson, *pro hac vice*
125 Broad Street, 18th Floor
New York, New York 10004
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Angela Castillo, hereby certify that on June 13, 2025 I caused a true and correct copy of the foregoing to be served by electronic mail to all counsel of record pursuant to prior agreement.

/s/ Angela Castillo

# EXHIBIT 1

# EXHIBIT 1

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF ARIZONA**
Jared G. Keenan, State Bar No. 027068
Christine K. Wee, State Bar No. 028535
2712 N. 7th Street
Phoenix, Arizona 85006
Telephone: (602) 650-1854
E-Mail: jkeenan@acluaz.org
         cwee@acluaz.org

**ZWILLINGER WULKAN PLC**
Benjamin L. Rundall, State Bar No. 031661
Alexis Eisa, State Bar No. 038702
2020 North Central Avenue, Suite 675
Phoenix, Arizona 85004
Telephone: (602) 962-2969
E-Mail: ben.rundall@zwfirm.com
         alexis.eisa@zwfirm.com

*Attorneys for Plaintiffs*

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Leah Watson, admitted *pro hac vice*
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
E-mail: lwatson@aclu.org

Scout Katovich, admitted *pro hac vice*
425 California Street, Suite 700
San Francisco, CA 94104
Telephone: (212) 549-2500
E-Mail: skatovich@aclu.org

**GOODWIN PROCTER LLP**
Andrew Kim, admitted *pro hac vice*
Collin M. Grier, admitted *pro hac vice*
Madeline Fuller, admitted *pro hac vice*
1900 N Street, N.W.
Washington, D.C. 20036
Telephone: 202-346-4000
E-Mail: AndrewKim@goodwinlaw.com
         CGrier@goodwinlaw.com
         MFuller@goodwinlaw.com

Courtney L. Hayden, admitted *pro hac vice*
100 Northern Avenue
Boston, MA 02210
Telephone: 617-570-1000
E-Mail: CHayden@goodwinlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Fund for Empowerment, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> City of Phoenix, *et al.*, <br><br> Defendants. | No. CV-22-02041-PHX-GMS <br><br> **DECLARATION IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT AGAINST INTERVENORS** |

I, Benjamin Rundall, being duly sworn, state as follows:

1. I am an attorney for Plaintiffs in these proceedings.

2. On May 23, 2023, Freddy Brown, Joel Coplin, Jo-Ann Coplin, Deborah Faillace, Karl Freund, Gallery 119, Michael Godbehere, Jordan Evan Greeman, Rozella Hector, Daniel Langmade, Dianne Langmade, Ian Likwarz, Matthew Lysiak, Michael Lysiak, Old Station Sub Shop, PBF Manufacturing Co. Inc., Phoenix Kitchens LLC, and Don Stockman ("Intervenors") moved to intervene in this case (Doc. 76), and on May 25, 2023, the Court granted their motion (Doc. 85).

3. Plaintiffs filed their Third Amended Complaint (Doc. 159) on July 12, 2024.

4. Defendants filed their Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. 161) on July 26, 2024, and their Answer on April 14, 2025 (Doc. 173).

5. Intervenors, however, have failed to answer or otherwise respond to Plaintiffs' Third Amended Complaint.

6. Intervenors also failed to appear at the Case Management Conference on May 23, 2025.

7. Plaintiffs now move for default against Intervenors and ask the Court to dismiss them from this case with prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of June, 2025.

By: */s/ Benjamin Rundall*
Benjamin L. Rundall
Alexis Eisa
2020 North Central Ave., Suite 675
Phoenix, Arizona 85004-2556
ZWILLINGER WULKAN

Andrew Kim *pro hac vice*
Collin M. Grier *pro hac vice*
Madeline Fuller *pro hac vice*
1900 N Street, N.W.
Washington, D.C. 20036

Courtney L. Hayden *pro hac vice*
100 Northern Avenue
Boston, MA 02210

- 2 -

GOODWIN PROCTER LLP

Jared G. Keenan
Christine K. Wee
2712 N. 7th Street
Phoenix, Arizona 85006
AMERICAN CIVIL LIBERTIES
UNION OF ARIZONA

Scout Katovich, *pro hac vice*
425 California Street, Suite 700
San Francisco, CA 94104

Leah Watson, *pro hac vice*
125 Broad Street, 18th Floor
New York, New York 10004
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

*Attorneys for Plaintiffs*