Justin S. Pierce (State Bar # 022646)
Trish Stuhan (State Bar # 027218)
Stephen B. Coleman (State Bar # 021715)
**PIERCE COLEMAN PLLC**
17851 North 85th Street, Suite 175
Scottsdale, Arizona 85255
Tel. (602) 772-5506
Fax (877) 772-1025
Justin@PierceColeman.com
Trish@PierceColeman.com
Steve@PierceColeman.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Fund for Empowerment, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> City of Phoenix, *et al.*, <br><br> Defendant. | Case No.: 2:22-cv-02041-PHX-GMS <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

The City of Phoenix, by its undersigned attorney, hereby gives notice that Aaron D. Arnson an attorney of record in this case, is no longer with the Firm. Effective June 30, 2025, Mr. Arnson left Pierce Coleman PLLC. The City of Phoenix will continue to be represented by Justin Pierce, Trish Stuhan, and Stephen Coleman of Pierce Coleman PLLC.

DATED this 16th day of July, 2025.

**PIERCE COLEMAN PLLC**

By: /s/ Trish Stuhan
 Justin S. Pierce
 Trish Stuhan
 Stephen B. Coleman
 17851 North 85th Street, Suite 175
 Scottsdale, Arizona 85255
 *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I electronically transmitted this document to the Clerk's Office using the ECF System for filing, causing a copy to be electronically transmitted to the following ECF registrants:

American Civil Liberties Union Foundation of Arizona
Jared G. Keenan
Christine K. Wee
jkeenan@acluaz.org
cwee@acluaz.org

American Civil Liberties Union Foundation
Leah Watson, admitted pro hac vice
Scout Katovich, admitted pro hac vice
lwatson@aclu.org
skatovich@aclu.org

Zwillinger Wulkan PLC
Benjamin L. Rundall
Alexis Eisa
Lisa Bivens
ben.rundall@zwfirm.com
alexis.eisa@zwfirm.com
lisa.bivens@zwfirm.com

GOODWIN PROCTER LLP
Andrew Kim
Collin M. Grier
Madeline Fuller
AndrewKim@goodwinlaw.com
CGrier@goodwinlaw.com
MFuller@goodwinlaw.com

Courtney L. Hayden, admitted pro hac vice
CHayden@goodwinlaw.com

*Attorneys for Plaintiffs*


By: /s/ Mary Walker